## UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:  LISA A. KIMBLE                                                              Case No.:  11-11452-RGM

Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas P. Gorman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  03/01/2011.
2) The plan was confirmed on  09/09/2011.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was completed on  12/08/2015.
6) Number of months from filing or conversion to last payment:  57.
7) Number of months case was pending:  58.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  2,358.00.
10)  Amount of unsecured claims discharged without full payment:  71,785.14.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $47,160.00 |
| Less amount refunded to debtor: | $360.00 |
| **NET RECEIPTS:** | $46,800.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,854.09 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $1,854.09 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:  LISA A. KIMBLE                                                                                  Case No.:  11-11452-RGM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

| Creditor | Class | | | | | |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL | Secured | NA | 25,464.57 | .00 | .00 | .00 |
| AT&T | Unsecured | NA | NA | NA | .00 | .00 |
| AVON PRODUCTS | Unsecured | 126.70 | NA | NA | .00 | .00 |
| BANK OF ROMNEY | Secured | NA | NA | NA | .00 | .00 |
| BENEFICIAL DISCOUNT CO OF VA | Unsecured | 35,726.00 | NA | NA | .00 | .00 |
| BLOOM | Unsecured | 97.42 | NA | NA | .00 | .00 |
| BLOOM | Unsecured | 89.52 | NA | NA | .00 | .00 |
| BULL RUN FAMILY PRACTICE | Unsecured | 271.68 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 133.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 538.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 206.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | Unsecured | 9.00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA NA | Unsecured | 132.77 | NA | NA | .00 | .00 |
| CENTRAL VIRGINIA OBGYN GROUP | Unsecured | 106.00 | NA | NA | .00 | .00 |
| CHASE BANK | Unsecured | NA | NA | NA | .00 | .00 |
| CLEARPOINT FINANCIAL SOLUTIONS | Unsecured | 60.00 | NA | NA | .00 | .00 |
| COLUMBIA HOUSE | Unsecured | 131.55 | NA | NA | .00 | .00 |
| CONNIE HOLLINS | Unsecured | 797.00 | NA | NA | .00 | .00 |
| CREDIT CONTROL CORP. | Unsecured | 1,810.70 | NA | NA | .00 | .00 |
| DISH NETWORK | Unsecured | 620.00 | NA | NA | .00 | .00 |
| DOUBLEDAY BOOK CLUB | Unsecured | NA | NA | NA | .00 | .00 |
| EAST BAY FUNDING | Unsecured | 3,138.75 | 2,010.08 | 2,010.08 | 533.31 | .00 |
| EAST BAY FUNDING | Unsecured | 316.52 | 203.01 | 203.01 | 53.77 | .00 |
| FAIR OAKS ANESTHESIA | Unsecured | 110.00 | NA | NA | .00 | .00 |
| FAIRFAX COUNTY FIRE & RESCUE | Unsecured | 555.00 | NA | NA | .00 | .00 |
| FRIEDMANS JEWELERS | Unsecured | NA | NA | NA | .00 | .00 |
| GEMB/JCP | Unsecured | NA | NA | NA | .00 | .00 |
| GINNY'S | Unsecured | 36.00 | NA | NA | .00 | .00 |
| GREEN TREE SERVICING LLC | Secured | 34,057.00 | 39,514.99 | 34,057.00 | 34,057.00 | 3,017.41 |
| GREEN TREE SERVICING LLC | Unsecured | 9,441.00 | 9,441.70 | 9,441.70 | 2,505.02 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA  
ALEXANDRIA DIVISION

In re:  LISA A. KIMBLE  
Debtor(s)

Case No.:  11-11452-RGM

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GREEN TREE SERVICING LLC | Unsecured | NA | 5,457.99 | 5,457.99 | 1,448.10 | .00 |
| HAMPSHIRE MEMORIAL HOSPITAL, INC | Unsecured | 662.90 | 662.90 | 662.90 | 175.88 | .00 |
| HARLEY DAVIDSON CREDIT CORP | Unsecured | NA | 4,933.13 | 4,933.13 | 1,308.84 | .00 |
| HARVARD COLLECTION | Unsecured | 51.00 | NA | NA | .00 | .00 |
| HFE | Unsecured | NA | NA | NA | .00 | .00 |
| INOVA FAIRFAX HOSPITAL | Unsecured | 37.20 | NA | NA | .00 | .00 |
| INOVA FAIRFAX HOSPITAL | Unsecured | 273.21 | NA | NA | .00 | .00 |
| KITTY ALT | Unsecured | 1,000.00 | NA | NA | .00 | .00 |
| LOY ALT | Unsecured | 3,700.00 | NA | NA | .00 | .00 |
| LTD COMMODITIES | Unsecured | 284.01 | NA | NA | .00 | .00 |
| MARSHALL MANUFACTURER | Unsecured | 525.00 | NA | NA | .00 | .00 |
| MARSHALL MANUFACTURER | Unsecured | 38.00 | NA | NA | .00 | .00 |
| MCI | Unsecured | 65.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING | Unsecured | 851.99 | 758.40 | 758.40 | 201.21 | .00 |
| MIDLAND FUNDING | Unsecured | 154.00 | 283.01 | 283.01 | 74.96 | .00 |
| NATIONWIDE INSURANCE | Unsecured | 151.05 | NA | NA | .00 | .00 |
| ONE CALL | Unsecured | 7.68 | NA | NA | .00 | .00 |
| OUTPATIENT ANESTHESIA SER | Unsecured | 163.20 | NA | NA | .00 | .00 |
| PNC BANK | Unsecured | 173.96 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANAGEMENT, LLC | Unsecured | 581.00 | 578.24 | 578.24 | 153.42 | .00 |
| PRA RECEIVABLES MANAGEMENT, LLC | Unsecured | NA | 1,742.83 | 1,742.83 | 462.41 | .00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 334.00 | 333.65 | 333.65 | 88.52 | .00 |
| PRINCE WILLIAM HOSP. | Unsecured | 628.97 | NA | NA | .00 | .00 |
| RESTON PODIATRY ASSOCIATES | Unsecured | 283.55 | NA | NA | .00 | .00 |
| RESTON SURGEY CENTER | Unsecured | 420.94 | NA | NA | .00 | .00 |
| SILKIES | Unsecured | 21.86 | NA | NA | .00 | .00 |
| THE FAUQUIER HOSPITAL | Unsecured | 1,810.70 | 2,642.91 | 2,642.91 | 701.20 | .00 |

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:  LISA A. KIMBLE

Case No.:  11-11452-RGM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UNITED CONSUMER FINANCIAL SERVIC | Unsecured | 621.37 | 621.37 | 621.37 | 164.86 | .00 |
| VERIZON VA | Unsecured | 128.00 | NA | NA | .00 | .00 |
| VIRGINIA EMERGENCY MEDICINE | Unsecured | 285.00 | NA | NA | .00 | .00 |
| VIRGINIA EMERGENCY MEDICINE | Unsecured | 57.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re: LISA A. KIMBLE                                                                 Case No.: 11-11452-RGM

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| VIRGINIA RADIOLOGY ASSOC. PC | Unsecured | 136.45 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 34,057.00 | 34,057.00 | 3,017.41 |
| **TOTAL SECURED:** | 34,057.00 | 34,057.00 | 3,017.41 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 29,669.22 | 7,871.50 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $1,854.09 |
| Disbursements to Creditors: | $44,945.91 |
| **TOTAL DISBURSEMENTS:** | $46,800.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  01/20/2016                                     By: /s/Thomas P. Gorman
                                                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.